FILED
CLERK, U.S. DISTRICT COURT

May 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AKN HOLDINGS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN E&S INSURANCE COMPANY, an Ohio corporation,<br><br>Defendant. | Case No. 2:21-cv-02216-SB-E<br>Hon. Stanley Blumenfeld, Jr.<br><br>**JUDGMENT IN FAVOR OF DEFENDANT**<br><br>Action Filed: March 11, 2021<br>Trial Date: Not yet set |

The Motion to Dismiss First Amended Complaint [Doc. 21] ("Motion") filed by Defendant Great American E&S Insurance Company ("GAIC") came on regularly for hearing on May 14, 2021. After consideration of the papers filed in connection with the Motion and the court record, in accordance with the Federal Rules of Civil Procedure, Rule 12(b)(6), the Court finds as follows (as more fully set forth in its separate order of dismissal):

    1.    GAIC has no duty to defend Plaintiff AKN Holdings, LLC ("AKN") in the action entitled *Finsa Portafolios, S.A. DE C.V., et al. v. OpenGate Capital, LLC, et al.*, Central District of California, Case

No. 2:17-cv-04360-SB-E ("Underlying Lawsuit") under Private Equity Liability Insurance Policy No. PEP2788708 to OpenGate Capital Management, LLC, for the period of June 25, 2016 to June 25, 2017 ("Policy");

2. GAIC has no duty to indemnify AKN in the Underlying Lawsuit under the Policy;

3. As there is no coverage for AKN's defense or indemnity of the Underlying Lawsuit under the Policy, AKN's first cause of action for declaratory relief in the First Amended Complaint [Doc. 14] ("FAC") must be decided in favor of GAIC as a matter of law;

4. As there is no coverage for AKN's defense or indemnity of the Underlying Lawsuit under the Policy, AKN's second cause of action for breach of contract fails as a matter of law;

5. As there is no coverage for AKN's defense or indemnity of the Underlying Lawsuit under the Policy, AKN's third cause of action for tortious breach of the implied covenant of good faith and fair dealing fails as a matter of law; and

6. GAIC is entitled to an award of costs in its favor as the prevailing party.

Judgment with prejudice is hereby entered in favor of GAIC on AKN's FAC.

IT IS SO ORDERED.

DATED: May 20, 2021

_____
Hon. Stanley Blumenfeld, Jr.